

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00051-CV

**IN THE INTEREST OF A.B.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02855
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED July 28, 2021.

_____
Lori I. Valenzuela, Justice